**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| MELINDA GABRIELLA VALENZUELA, FKA Enrique Mendez, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> CHARLES L. RYAN; et al., <br><br> Defendants - Appellees. | No. 15-15741 <br><br> D.C. No. 2:15-cv-00158-NVW-MHB <br><br><br> MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Arizona
Neil V. Wake, District Judge, Presiding

Submitted November 18, 2015[**]

Before:    TASHIMA, OWENS, and FRIEDLAND, Circuit Judges.

Melinda Gabriella Valenzuela, an Arizona state prisoner, appeals pro se

from the district court's judgment in her 42 U.S.C. § 1983 action alleging that she

was sexually assaulted by prison staff.  We have jurisdiction under 28 U.S.C.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

§ 1291.  We reverse and remand.

The district court erred in dismissing Valenzuela's action because, even in light of her previous lawsuits, the allegations in Valenzuela's complaint were not factually frivolous.  *See Denton v. Hernandez*, 504 U.S. 25, 32-33 (1992) (explaining that "a court may dismiss a claim as factually frivolous only if the facts alleged are clearly baseless, a category encompassing allegations that are fanciful, fantastic, and delusional" and a complaint "may not be dismissed . . . simply because the court finds the plaintiff's allegations unlikely").

**REVERSED and REMANDED.**